Larry W. Lee (State Bar No. 228175)
Kristen M. Agnew (State Bar No. 247656)
Max W. Gavron (State Bar No. 291697)
Kwanporn "Mai" Tulyathan (State Bar No. 316704)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com
kagnew@diversitylaw.com
mgavron@diversitylaw.com
ktulyathan@diversitylaw.com

David Lee (State Bar No. 296294)
**DAVID LEE LAW, APC**
777 S. Alameda St., 2nd floor
Los Angeles, California 90021
Telephone: (213) 731-1402
Facsimile: (866) 658-4722
David@davidjleelaw.com

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL HALE, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-2554-CKD<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL**<br><br>Complaint Filed:  August 9, 2024<br>Trial Date:  None Set |

////

////

/////

/////

Having reviewed the JOINT STIPULATED REQUEST FOR DISMISSAL submitted by the Parties (ECF No. 18), and good cause appearing, the Court orders as follows:

1. Plaintiff's individual claims shall be dismissed *with* prejudice;
2. The putative class claims shall be dismissed *without* prejudice, thereby resulting in the dismissal of the Class Action in its entirety; and
3. Each party shall bear its own attorneys' fees and costs incurred in the Class Action.

**IT IS SO ORDERED.**

Dated: June 5, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE